## JEWELRY INVENTORY

## DEBTOR: Miguel A Coira

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| 1 | Wedding Band | Silver | $20 |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| 1 | **Watch(es)** | Model: IWatch 1st Gen. | $50 |
| 1 | | Model: Tissot Silver | $75 |
| 1 | | Model: Raymond Weil | $100 |

- ☐ Debtor's Total Value of Jewelry           $ 425
- ☐ Goods Secured by Liens with Creditor(s) _____           $ _____
- ☐ Debtor owns no Jewelry           $ _____

Debtor/Spouse Initials: _____

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Jewelry inventory.doc

## ELECTRONICS INVENTORY

### Debtor(s) name(s): Miguel A Coira

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 150 |
| DVD/Blue ray | — | |
| Stereo | 1 | 100 |
| Surround Sound | 1 | 50 |

| Computers | | |
|---|---|---|
| Item | Quantity | $ |
| Laptop | 1 | 100 |
| Ipad | 1 | 25 |
| Computer | 1 | 50 |
| Monitor | — | |
| Printer/fax | 1 | 50 |
| TV | — | |
| scanner | — | |
| Surround Sound | — | |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Musical instruments | 1 | 50 |
| Cell phones | 1 | 25 |
| Karaoke Machine | — | |
| Gaming Systems | 1 | 25 |
| Games | 1 | 10 |
| Gaming System Accessories | | |
| Cameras | — | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| DVD/Blue ray | | |

| | | |
|---|---|---|

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 100 |
| DVD/Blue ray | — | |
| Surround Sound | — | |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 100 |
| DVD/Blue ray | — | |
| Surround Sound | — | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 100 |
| VCR/DVD | — | |
| Surround Sound | | |

☐ Total Value of Electronics:    $ 935

☐ Goods secured by liens with creditors: _____    $ _____
   _____    $ _____
   _____    $ _____
   _____    $ _____

☐ Total Value of Unsecured Electronics:    $ _____

☐ Joint with [ ] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ 467

☐ Debtor owns no electronics _____

Debtor'(s) initials: _____

S:\staff\MAR\CH 7\SIGNING PACKET\10-Electronics Inventory.doc

# FURNITURE INVENTORY

**Debtor(s) name(s):** <u>Miguel A Coira</u>

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa/Loveseat | 1 | 75 |
| Chairs | | |
| Recliners | 1 | 75 |
| Tables | | |
| Wall Unit | | |

| Dining Room | | |
|---|---|---|
| Item | Quantity | $ |
| Tables | 1 | 75 |
| Chairs | 6 | 60 |
| China Cabinets | 1 | 75 |
| China (sets) | 1 | 25 |

| Family Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa | 1 | 15 |
| Chairs | 2 | 40 |
| Tables | | |
| Desk | 1 | 25 |
| Bookshelves/Wall units | 1 | 10 |

| Kitchen | | |
|---|---|---|
| Item | Quantity | $ |
| Refrigerator | 1 | 30 |
| Stove | 1 | 30 |
| Microwave | 1 | 15 |
| Dishwasher | 1 | 15 |
| Toaster Oven | 1 | 5 |
| Toaster | 1 | 5 |
| Kitchenware | Misc. | 5 |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Washer | 1 | 30 |
| Dryer | 1 | 30 |
| Patio set | 1 | 50 |
| BBQ | | — |
| Lawnmower | | — |
| Decorative Items | Misc. 10 | 10 |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 30 |
| Dresser/drawers | 1 | 30 |
| Mirror | 1 | 5 |
| Nightstands | 2 | 10 |
| Armoire/wall unit | | — |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 30 |
| Dresser/drawer chest | 1 | 20 |
| Mirror | | |
| Nightstands | 1 | 10 |
| Armoire/wall unit | 1 | 10 |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 20 |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | 1 | 10 |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |

☒ Total Value of Household Goods: $ 915

☐ Goods secured by liens with creditors: _____ $ ___
$ ___
$ ___
$ ___

☐ Total Value of Unsecured Household Goods: $ ___

☒ Joint with ☒ non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ 457

☐ Debtor owns no furniture _____

Debtor'(s) initials: _____

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Furniture Inventory-NEW.doc